E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-8916 GHK (AJWx) | Date | July 17, 2015 |
|---|---|---|---|
| Title | Mary Ann Casorio vs. Princess Cruise Lines, Ltd. | | |

**Presiding: The Honorable      GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE**

| A. Bridges | Not Reported | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:        (IN CHAMBERS) ORDER

On the court's own motion, defendants' motion to dismiss case [document 29], noticed for hearing on July 20, 2015 at 9:30 a.m., is **TAKEN OFF CALENDAR** and will be taken UNDER SUBMISSION without oral argument on that date pursuant to Local Rule 7-15.  No appearance by counsel shall be necessary.  The hearing date is vacated.  Further briefing, if any, shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| Initials of Preparer | AB for Bea | | |