JS - 6

FILED
CLERK, U.S. DISTRICT COURT
7/30/15
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Mary Ann Casorio,*<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>*Princess Cruise Lines, Ltd.*<br><br>　　　　**Defendant.** | CASE NO. CV 14-8916-GHK (AJWx)<br><br>**JUDGMENT** |

　　Pursuant to the Court's July 30, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint ("FAC") is **DISMISSED with prejudice**. Plaintiff shall take nothing by this FAC.

　　**IT IS SO ORDERED**.

DATED: July 30, 2015

_____
GEORGE H. KING
Chief United States District Judge